IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA LEWIS & <br> TIMOTHY MAYHEW, <br> Plaintiffs, | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| CITY OF PHILADELPHIA, et al., <br> Defendants. | : <br> : | No. 16-6375 |

## ORDER

AND NOW, this 3rd day of **March, 2017**, upon consideration of Defendant City of Philadelphia's Motion to Dismiss for Failure to State a Claim (Document No. 6), and Plaintiffs' response, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Plaintiffs may file an Amended Complaint on or before Monday, April 3, 2017.

BY THE COURT:

Berle M. Schiller, J.