IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA LEWIS and <br> TIMOTHY MAYHEW, <br>                Plaintiff, <br><br>         v. <br><br> CITY OF PHILADELPHIA, et al., <br>                Defendants. | Civil Action <br> No. 16-6375 <br> JURY DEMAND |

## STIPULATION OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS POLICE OFFICERSFOR THE CITY PHILADELPHIA

AND NOW, this       day of          , 2017, it is hereby STIPULATED and AGREED, by and between defendants, City of Philadelphia, Detective John Maha, Police Officers John Madara, Ernest Powell, Joseph Marrero, Michael Collins, Robert Champion, Joseph Caruso, Mark Davis, Michael Winkelspecht, Kevin Cooke, Travis Clark, Donald Mawson, John Smith, Sam Allen, Santos Higgins, and John O'Connor, and their respective counsel, that Plaintiff's Tanya Lewis and Timothy Mayhew, dismisses all their claims against the all of the named Police Officers. The City of Philadelphia will remain as the sole Defendant in this action going forward and for purposes of settlement.

It is further STIPULATED and AGREED that this stipulation may be submitted to the court for approval and may be signed in counterparts and filed with the Court in that manner.

Ross Miller, Esquire
Counsel for Plaintiffs,
Tanya Lewis &
Timothy Mayhew

Timothy C. Alexander, Esquire
ACS, City of Philadelphia
Counsel for Defendants,

APPROVED BY THE COURT

The Honorable Berle M. Schiller